1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

                                  ----oo0oo----

11

12   DAVID BARBIERI, GAIL BARBIERI,

                                          NO. CIV. S-09-2852 FCD

13           Plaintiffs,

14        v.                              ORDER

15   FORD MOTOR COMPANY, AUTOLIV,
     INC., KEY SAFETY SYSTEMS, and
16   DOES 1-100,

17           Defendants.

18                                ----oo0oo----

19        The court has reviewed defendant Ford Motor Company's notice

20   of removal to the United States District Court for the Eastern

21   District of California under 28 U.S.C. §§ 1441(b) based on

22   diversity jurisdiction.  The court finds that neither the

23   underlying complaint nor defendant's submissions demonstrates

24   that the amount in controversy exceeds the sum of $75,000.00.

25   Therefore, this action is improperly before this court.

26   Accordingly, the court REMANDS this action back to the Superior

27   Court of the State of California, County of Sacramento.

28   /////

1      IT IS SO ORDERED.

2  DATED: October 16, 2009

3

4

5                                  _____
                                   FRANK C. DAMRELL, JR.
6                                  UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2